## STATE v. DEL ADAMS.

(Filed 14 December, 1955.)

**Homicide § 27i—**

> In this prosecution for murder, the charge in regard to the jury's right to recommend life imprisonment *held* erroneous on authority of *S. v. Carter, ante,* 106.

APPEAL by defendant from *Williams, J.,* and a jury, at August Term, 1955, of JOHNSTON.

Criminal prosecution upon a bill of indictment charging the defendant with the murder of one Raymond Hayes.

The jury returned a verdict of guilty of murder in the first degree, without recommendation of life imprisonment, and judgment was pronounced imposing sentence of death by asphyxiation, from which the defendant appeals.

*Attorney-General Rodman and Assistant Attorney-General Bruton for the State.*
*E. J. Wellons and Grover A. Martin for defendant, appellant.*

PER CURIAM. Precisely the same error was made in the trial of this case as was made in *S. v. Carter, ante,* 106: the trial court did not instruct the jury what the legal effect of a recommendation of life imprisonment would be, as required by statute, G.S. 14-17. For the reasons given in *S. v. Carter,* a new trial is necessary. It is so ordered.

New trial.